IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| RBHFO MIDTOWN, LLC; | § | |
| RHBFO TEXAS STUDENT HOUSING, LLC; | § | |
| RBHFO STUDENT HOUSING, LLC; | § | |
| DFW MIDTOWN ARLINGTON, LLC; | § | |
| DFW | § | |
| MIDTOWN ARLINGTON ASSOCIATES, LLC; | § | CIVIL ACTION NO.: |
| 600 EAST ARKANSAS LANE LLC; | § | 3:20-CV-01321-S |
| THE GROVE PORTFOLIO LLC; | § | |
| GVA PRO LLC; | § | |
| STATEWIDE PATROL, INC.; | § | |
| JPMORGAN & CHASE CO.; | § | |
| JPMORGAN CHASE | § | |
| BANK, NATIONAL ASSOCIATION; | § | |
| BRENDA JONES; and | § | |
| JOEL ENGOBO MAMBE, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT**
**PREJUDICE AS TO CERTAIN DEFENDANTS**

TO THE HONORABLE U. S. DISTRICT COURT:

Plaintiff files this Notice of Voluntary Dismissal Without Prejudice as To

Certain Defendants RBHFO MIDTOWN, LLC; RHBFO TEXAS STUDENT

HOUSING, LLC; RBHFO STUDENT HOUSING, LLC; DFW MIDTOWN ARLINGTON, LLC; DFW MIDTOWN ARLINGTON ASSOCIATES, LLC; 600 EAST ARKANSAS LANE LLC; THE GROVE PORTFOLIO LLC; GVA PRO LLC; STATEWIDE PATROL, INC.; BRENDA JONES; and JOEL ENGOBO MAMBE under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and shows the Court:

1.    Plaintiff wishes to voluntarily dismiss from this case only certain Defendants without prejudice, as follows:

    a.    RBHFO MIDTOWN, LLC;

    b.    RHBFO TEXAS STUDENT HOUSING, LLC;

    c.    RBHFO STUDENT HOUSING, LLC;

    d.    DFW MIDTOWN ARLINGTON, LLC;

    e.    DFW MIDTOWN ARLINGTON ASSOCIATES, LLC;

    f.    600 EAST ARKANSAS LANE LLC;

    g.    THE GROVE PORTFOLIO LLC;

    h.    GVA PRO LLC;

    i.    STATEWIDE PATROL, INC.;

    j.    BRENDA JONES; and

    k.    JOEL ENGOBO MAMBE.

2.     Plaintiff wishes to continue her claims against the following Defendants in this case:

　　a.　　JPMORGAN & CHASE CO.; and

　　b.　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

2.     This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

3.     A receiver has not been appointed in this case.

4.     This case is not governed by any federal statute that requires a court order for dismissal of the case.

5.     Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

6.     The dismissal of Defendants, RBHFO MIDTOWN, LLC; RHBFO TEXAS STUDENT HOUSING, LLC; RBHFO STUDENT HOUSING, LLC; DFW MIDTOWN ARLINGTON, LLC; DFW MIDTOWN ARLINGTON ASSOCIATES, LLC; 600 EAST ARKANSAS LANE LLC; THE GROVE PORTFOLIO LLC; GVA PRO LLC; STATEWIDE PATROL, INC.; BRENDA JONES; and JOEL ENGOBO MAMBE is without prejudice.

Respectfully submitted,

TURLEY LAW FIRM

/s/  Lacey Turley Most
Lacey Turley Most
State Bar No. 24093225
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
Telephone No. 214/691-4025
Telecopier No. 214/361-5802
Emails: laceym@wturley.com,
davette@wturley.com

ATTORNEY FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of May 2020, a true and correct copy of the foregoing document was filed with the Court's CM-ECF filing system which will forward to all counsel of record.

/s/ Lacey Turley Most
Lacey Turley Most