**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **3:20-CV-01321-S** |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Jane Doe and Defendant JPMorgan Chase Bank, N.A. (collectively "the Parties") jointly stipulate to the dismissal of this civil action with prejudice. The Parties have resolved the claims in the above referenced matter. Accordingly, the Parties file this Joint Stipulation of Dismissal with Prejudice. The Parties further stipulate that all Parties shall bear their own attorneys' fees, costs and expenses.

WHEREFORE PREMISES CONSIDERED, the Parties respectfully request that this Court enter an Order dismissing this matter with prejudice, with costs and attorneys' fees to be borne by the party incurring the same.

1

5331127v.1

Respectfully submitted,

**TURLEY LAW FIRM**
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
(214) 691-4025
(214) 361-5802 – Fax

*/s/ Lacey Turley Most*
**Lacey Turley Most**
State Bar No. 24093225
Laceym@wturley.com

**ATTORNEYS FOR PLAINTIFF**

And

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000
(214) 698-1101 – Fax

*/s/ Lee L. Cameron, Jr.*
**Lee L. Cameron, Jr.**
State Bar No. 03675380
Lee.Cameron@wilsonelser.com
**J. Eric Elder**
State Bar No. 24012583
Eric.Elder@wilsonelser.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of December 2020, a true and correct copy of the above and foregoing document was served upon the parties in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ Lee L. Cameron, Jr.*
**Attorney**

2

5331127v.1